# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

LISA VERDUSCO (DAVIS),

    *Plaintiff*,

v.

SAINT MARY'S MEDICAL CENTER,

    *Defendant*.
_____/

CASE NO: 09-11607

DISTRICT JUDGE THOMAS L. LUDINGTON
MAGISTRATE JUDGE CHARLES E. BINDER

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION TO DISMISS AND/OR FOR SANCTIONS
(Doc. 18)

### I. RECOMMENDATION

For the reasons set forth below, **IT IS RECOMMENDED** that the motion be **DENIED AS MOOT**.

### II. REPORT

This motion was referred to the undersigned, and counsel appeared for oral argument on June 22, 2010. Counsel for Defendant advised the Court that since the filing of the motion, the Plaintiff's deposition was scheduled and completed, which effectively resolves the instant motion. I therefore recommend that an order be entered denying the motion as moot.

## III. REVIEW

Pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure, "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. A party may respond to another party's objections within 14 days after being served with a copy." Fed. R. Civ. P. 72(b)(2). *See also* 28 U.S.C. § 636(b)(1). Failure to file specific objections constitutes a waiver of any further right of appeal. *See Thomas v. Arn*, 474 U.S. 140, 106 S. Ct. 466, 88 L. Ed. 2d 435 (1985); *Howard v. Sec'y of Health & Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). The parties are advised that making some objections, but failing to raise others, will not preserve all the objections a party may have to this Report and Recommendation. *See Willis v. Sec'y of Health & Human Servs.*, 931 F.2d 390, 401 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Pursuant to E.D. Mich. LR 72.1(d)(2), a copy of any objections is to be served upon this Magistrate Judge.

                                                       s/ Charles E Binder
                                                       CHARLES E. BINDER
Dated: June 28, 2010                       United States Magistrate Judge

### CERTIFICATION

I hereby certify that this Report and Recommendation was electronically filed this date, electronically served on Manda Westervelt and Richard Vary, and served on District Judge Ludington in the traditional manner.

Date: June 28, 2010                 By     s/Mimi Bartkowiak
                                                      Law Clerk to Magistrate Judge Binder